RECEIVED
IN MONROE, LA
FEB 23 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 98-30010-13 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JEFFREY J. LIGHTEN | MAG. JUDGE KAREN L. HAYES |

## RULING

On February 21, 2006, the Clerk of Court received and filed a pleading styled, "Motion for Relief from Judgment" [Doc. No. 1187], submitted by Jeffrey J. Lighten ("Lighten"). It appears from the date stamp on the envelope filed in the record that Lighten placed the motion in the prison mail on February 17, 2006.

Lighten has couched his Motion for Relief from Judgment as seeking relief from the Court's April 24 and May 25, 2004 orders "denying movant's Section 2255 motion and Motion for COA." [Doc. No. 1187, p. 1]. The Court first notes that there is no April 24, 2004 order. On April 28, 2004, the Court denied Lighten's Motion for Reconsideration of its April 12, 2004 Judgment. In the April 12, 2004 Judgment the Court denied Lighten's Section 2255 motion. In its May 25, 2004 order, the Court did also deny Lighten's request for a certificate of appealability.

While Lighten has brought this motion pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, the Court determines that it is properly construed as a successive habeas petition under 28 U.S.C. § 2255. In *United States v. Rich*, 141 F.3d 550, 553 (5th Cir. 1998), the Fifth Circuit "reaffirm[ed]" its "agreement with the majority of other circuits that courts may treat a Rule 60(b)

motion in habeas corpus proceedings as a successive petition under § 2255." This is true because, while Lighten has styled his pleading a Rule 60(b) motion, he ultimately seeks to attack his conviction, and "Rule 60(b) cannot be used to circumvent restraints on successive habeas petitions." *Id.* (citing *Felker v. Turpin*, 101 F.3d 657, 661 (11th Cir. 1996)).

Because Lighten has filed two previous habeas corpus petitions pursuant to 28 U.S.C. § 2255, *see* [Docs. Nos. 1101 & 1135], this successive motion requires certification by the Fifth Circuit Court of Appeals prior to its filing. 28 U.S.C. §§ 2244, 2255. Lighten did not seek leave from the Fifth Circuit Court of Appeals prior to filing this latest motion.

Accordingly, Lighten's Motion for Relief from Judgment, properly construed as a successive habeas petition under 28 U.S.C. § 2255, is DISMISSED WITHOUT PREJUDICE.

Monroe, Louisiana, this \_\_\_23\_\_\_ day of \_\_\_February\_\_\_, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE