RECEIVED
IN MONROE, LA
FEB 23 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 98-30010-13 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JEFFREY J. LIGHTEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in this Court's ruling, Jeffrey J. Lighten's Motion for Relief for Judgment [Doc. No. 1187] is deemed a successive habeas petition under 28 U.S.C. § 2255. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that his successive habeas petition is DISMISSED WITHOUT PREJUDICE for failure to obtain leave of the Fifth Circuit Court of Appeals prior to its filing.

MONROE, LOUISIANA, this 23 day of February, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE