

RECEIVED
IN MONROE, LA

MAR 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

UNITED STATES OF AMERICA

VERSUS

JEFFERY J. LIGHTEN

CRIMINAL CASE NO. 3:98CR30010-13
JUDGE JAMES
MAG. JUDGE HAYES

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at __Monroe__, Louisiana, this _27_ day of _March_, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE