UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 98-30010-13 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JEFFREY J. LIGHTEN | MAG. JUDGE KAREN L. HAYES |

ORDER

On October 30, 2014, the Court received a *pro se* motion from Defendant Jeffrey J. Lighten ("Lighten") requesting a sentence reduction pursuant to the "'All Drugs Minus Two' Amendment 782." [Doc. No. 1389].

Amendment 782 in Appendix C to the United States Sentencing Commission ("the Commission") Guidelines Manual changes the base offense levels in the drug quantity table in section 2D1.1. The amendment generally reduces by two levels the offense levels assigned to the quantities in section 2D1.1 and makes corresponding changes to section 2D1.11.

On July 18, 2014, the Commission voted to give retroactive effect to Amendment 782, beginning on November 1, 2014.

Drug trafficking offenders may be eligible to seek a sentence reduction under 18 U.S.C. § 3582(c)(2) pursuant to the retroactive application of Amendment 782. However, in giving retroactive effect to Amendment 782, the Commission added a new special instruction at section 1B1.10(e), providing that a reduced term of imprisonment based on retroactive application of Amendment 782 shall not be ordered unless the effective date of the order is November 1, 2015, or later. As a result, offenders cannot be released from custody pursuant to retroactive application of

the amendment before November 1, 2015.

The Court has been provided a list of drug trafficking offenders sentenced in this district who appear to meet the criteria to seek a reduced sentence pursuant to retroactive application of Amendment 782. Lighten is on the list provided to the Court, and his case will be considered in due course.

Accordingly,

IT IS ORDERED that Lighten's motion is DENIED as premature at this time, but the Court will, *sua sponte*, consider whether he is eligible for a reduction on or after November 1, 2015.

MONROE, LOUISIANA, this 3rd day of November, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE